# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| HARP PROPERTIES, LLC, ) | |
|     Plaintiff, ) | |
| v. ) | |
| ) | Case No.: 6:20-cv-01313-EFM-KGG |
| CCTMO, LLC, ) | |
| and T-MOBILE USA TOWER, LLC, ) | |
|     Defendants/Counterclaim ) | |
|     Plaintiffs, ) | |
| ) | |
| and ) | |
| ) | |
| CCTMO, LLC and ) | |
| T-MOBILE USA TOWER, LLC, ) | |
|     Third-Party Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| WICHITA TOWERS, LLC, ) | |
|     Third-Party Defendant. ) | |

## ORDER GRANTING MOTION TO AMEND PETITION AND LEAVE TO FILE

Now before the Court is the Motion of Plaintiff, Harp Properties, LLC (Doc. 35), requesting an Order allowing it to amend its Petition as indicated in the redlined draft attached to Plaintiff's Motion as Exhibit A. The Motion is unopposed.

The Court, after reviewing the submissions, finds that the Motion should be granted and that the Amended Petition in non-redlined format may be filed pursuant to District of Kansas Local Rule 5.4.4(e). The Plaintiff is ordered to file and serve the Amended Petition, within fourteen days of this order, without further substantive change. D. Kan. Rule 15.1.

IT IS SO ORDERED.

/s Kenneth G. Gale
U.S. Magistrate Judge
Kenneth G. Gale